IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AVERY F. GRAY, JR., <br> Plaintiff, | Civil Action No. 7:14-cv-00710 |
| v. | **DISMISSAL ORDER** |
| DAVID KANE, et al., <br> Defendant(s). | By: Michael F. Urbanski <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20th day of January, 2015.

/s/ Michael F. Urbanski
United States District Judge